

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

Nos. 04-14-00370-CR and 04-14-00372-CR

Andres Ramon **JUAREZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2013CR0936B and 2013CR0937B
Honorable Mary D. Roman, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE ALVAREZ, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the motion to withdraw filed by appellant's attorney is GRANTED, and the trial court's order is AFFIRMED as modified. It is ORDERED no costs shall be assessed against appellant in relation to his trial or this appeal because he qualifies as indigent under TEX. R. APP. P. 20.

SIGNED June 10, 2015.

_____
Jason Pulliam, Justice